UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

MICHAEL SMITH,

          Defendant.

Case No. 24-cr-504 (JGK)

**NOTICE OF APPEARANCE**

TO:    Clerk of the Court and All Parties of Record

PLEASE TAKE NOTICE that the undersigned, ANNA ESTEVAO of the firm Sher Tremonte LLP, hereby appears as counsel for Defendant Michael Smith in the above-captioned action.

Dated: New York, New York
       September 17, 2024

SHER TREMONTE LLP

By:  /s/ *Anna Estevao*
      Anna Estevao
90 Broad Street, 23rd Floor
New York, New York 10004
Tel.: (212) 202-2600
Fax: (212) 202-4156
E-mail: aestevao@shertremonte.com

*Counsel for Michael Smith*