UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v.

MICHAEL SMITH,

Defendant.

---

Case No. 24-cr-504 (JGK)

[PROPOSED] ORDER
FOR ADMISSION PRO HAC VICE

The motion of Noell P. Tin, for admission to practice *pro hac vice* in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the state of North Carolina, and that his contact information is as follows:

> Noell P. Tin
> Tin Fulton Walker & Owen, PLLC
> 301 East Park Avenue
> Charlotte, N.C. 28203
> p (704) 338-1220
> f (704) 338-1312
> ntin@tinfulton.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Defendant Michael Smith in the above-captioned action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: September 18, 2024

Hon. John G. Koeltl
United States District Judge