```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

UNITED STATES OF AMERICA,

    - against -

MICHAEL SMITH,

           Defendant.

24-cr-504 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

As stated at the conference held today, the next conference in this case is scheduled for **January 13, 2025**, at **4:30 p.m.**

The parties should advise the Court regarding the status of discovery by **November 8, 2024.**

SO ORDERED.
Dated:    New York, New York
            September 18, 2024

                                            John G. Koeltl
                                            United States District Judge