

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 8, 2024

**BY ECF**

The Honorable John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    **United States v. Michael Smith, 24 Cr. 504 (JGK)**

Dear Judge Koeltl:

    The Government respectfully writes, pursuant to the direction of the Court, to provide an update on the status of discovery in the above-referenced matter. To date, the Government has produced to the defense, among other materials, the complete set of records provided by Google in response to a search warrant for one of the defendant's Google accounts, materials that the Government (to date) has identified as responsive to that Google search warrant, copies of search warrant and Section 2703(d) applications, a video of the defendant's post-arrest interview, and materials obtained from music distribution service providers ("DSPs"), banks, phone carriers, social media companies, and internet service providers. In the upcoming week or so, the Government expects to produce a large volume of streaming data from DSPs and records obtained DropBox. Next month, the Government expects to produce images of materials seized during a search of the defendant's residence. This will include a laptop, a cellphone, and an exemplar of a server that the Government understands was used to stream sound recordings associated with the defendant. While the Government seized dozens of additional devices, it is not the Government's current intent to review each device. Rather, the Government will decide which additional devices to review, if any, after its review of the three devices described above is complete. The Government will make available all devices for the defendant's inspection.

    The Government proposes to provide an additional discovery update on or before January 6, 2025.

                                     Respectfully submitted,

**APPLICATION GRANTED**
**SO ORDERED**

/s/ John G. Koeltl
John G. Koeltl, U.S.D.J.
11/11/24

                                     DAMIAN WILLIAMS
                                     United States Attorney

                           By:  /s/
                               Nicholas W. Chiuchiolo / Kevin Mead
                               Assistant United States Attorneys