UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA

                        24 cr 504 (JGK)

      -against-

                        **SPEEDY TRIAL ORDER**

MICHAEL SMITH,

                Defendant.
-------------------------------------------------------------X

**JOHN G. KOELTL, DISTRICT JUDGE:**

The parties are directed to appear for a conference on **Wednesday, March 19, 2025, at 11:30am,** before the Honorable John G. Koeltl.

The Court prospectively excludes the time from today until **March 19, 2025** in calculating the speedy trial date under 18 U.S.C. 3161 in order to assure effective assistance of counsel and because the ends of justice served by ordering such a continuance outweigh the best interest of the public and the defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A).

**SO ORDERED.**

                                                JOHN G. KOELTL
                                        **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       January 8, 2025