**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**UNITED STATES OF AMERICA**

- against -

**MICHAEL SMITH,**

                **Defendant.**

**24-cr-504 (JGK)**

**SPEEDY TRIAL ORDER**

---

**JOHN G. KOELTL, District Judge:**

The conference scheduled for June 5, 2025, is **adjourned** to **Tuesday, August 5, 2025,** at **11:30 a.m.**

The Court prospectively excludes the time from today, June 3, 2025, until **August 5, 2025,** from Speedy Trial Act calculations. The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the defendant and the public in a speedy trial. This Order is entered pursuant to 18 U.S.C. § 3161(h)(7)(A).

**SO ORDERED.**

**Dated:**    **New York, New York**
              **June 3, 2025**

                                        /s/ John G. Koeltl
                                          **John G. Koeltl**
                                  **United States District Judge**