**HARRIS TRZASKOMA**

July 29, 2025

**BY ECF**

The Honorable John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    *United States v. Michael Smith*, 24 Crim. 504 (JGK)

Dear Judge Koeltl:

      We write on behalf of our client, Michael Smith, to respectfully request that the status conference scheduled for August 5, 2025 be adjourned to a date in mid-September. The Government consents to this request.

      The adjournment is requested because the defense is still reviewing the discovery and intends to confer with the Government in August. Accordingly, at a mid-September conference date, the parties will be in a better position to advise the Court with respect to a schedule for trial and pre-trial motions.

      Mr. Smith consents to an exclusion of time under the Speedy Trial Act, in the interests of justice, between August 5 and the new conference date.

      We appreciate the Court's consideration.

      Respectfully submitted,

      */s/ Justine A. Harris*

      Justine A. Harris

      */s/ Noell Tin*

      Noell Tin
      Tin Fulton Walker & Owen, PLLC
      301 East Park Avenue
      Charlotte, NC 28203
      Tel: 704-338-1220
      ntin@tinfulton.com

      *Attorneys for Michael Smith*