UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA

                24 cr 504 (JGK)

     -against-

                **SPEEDY TRIAL ORDER**

MICHAEL SMITH,
              Defendant.
-------------------------------------------------------------X

**JOHN G. KOELTL, DISTRICT JUDGE:**

The parties are directed to appear for a conference on **Wednesday, September 17, 2025, at 3:00pm** before the Honorable John G. Koeltl.

The Court prospectively excludes the time from today until **September 17, 2025** in calculating the speedy trial date under 18 U.S.C. 3161 in order to assure effective assistance of counsel and because the ends of justice served by ordering such a continuance outweigh the best interest of the public and the defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A).

**SO ORDERED.**

                                                          JOHN G. KOELTL
                                         UNITED STATES DISTRICT JUDGE

Dated: New York, New York
       July 31, 2025