UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA
v.

MICHAEL SMITH

Case No. 24-CR-504 (JGK)

ORDER FOR ADMISSION
PRO HAC VICE

The motion of Emily D. Gladden, for admission to practice *pro hac vice* in the above-captioned action is granted.

Applicant has declared that she is a member in good standing of the bar of the State of North Carolina and the State of New York, and that her contact information is as follows:

> Emily D. Gladden
> Tin Fulton Walker & Owen, PLLC
> 407 N. Person Street Raleigh, N.C. 27601
> p (919) 307-8400
> f (919) 400-4516
> egladden@tinfulton.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Defendant Michael Smith in the above-captioned action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: September 8, 2025

_____
Hon. John G. Koeltl
United States District Judge