

December 12, 2025

**BY ECF**

The Honorable John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

APPLICATION GRANTED
SO ORDERED

*/s/ John G. Koeltl*
John G. Koeltl, U.S.D.J.
12/15/25

Re:   *United States v. Michael Smith*, 24 Crim. 504 (JGK)

Dear Judge Koeltl:

We write on behalf of our client, Michael Smith, to respectfully request a forty-five-day extension of the deadline to file pretrial motions, currently due on December 19, 2025. The proposed extension will allow defense counsel to continue conferring with the government about a potential resolution. We have consulted with counsel for the Government, who consent to this request.

If granted, the following schedule would apply:

- Defense motions:          February 2, 2026
- Government response:      March 16, 2026
- Defense reply:            April 6, 2026
- Hearing on motions:       At the Court's convenience

We do not anticipate this extension to impact the remainder of the pretrial schedule or the October 6, 2026 trial date. We appreciate the Court's consideration.

Respectfully submitted,

*/s/ Justine A. Harris*
Justine A. Harris
Anna Estevao
Harris Trzaskoma LLP
125 Broad Street, 10th Fl.
New York, NY 10004
(917) 685-5622
jharris@harristrz.com

*/s/ Noell Tin*
Noell Tin

Hon. John G. Koeltl
December 12, 2025
Page 2

                                      Emily Gladden
                                      Tin Fulton Walker & Owen, PLLC
                                      301 East Park Avenue
                                      Charlotte, NC 28203
                                      (704) 338-1220
                                      ntin@tinfulton.com

                                      *Attorneys for Michael Smith*

cc:      Kevin Mead, Assistant United States Attorney (by ECF)
          Nicholas Chiuchiolo, Assistant United States Attorney (by ECF)