

January 30, 2026

**BY ECF**

The Honorable John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *United States v. Michael Smith,* 24 Crim. 504 (JGK)

Dear Judge Koeltl:

    We write on behalf of our client, Michael Smith, to respectfully request a one-month extension of the deadline to file pretrial motions, currently due on February 2, 2026. The proposed extension will allow defense counsel to continue conferring with the government about a potential resolution or, if necessary, to prepare pretrial motions. We have consulted with counsel for the Government, who consent to this request.

    If granted, the following schedule would apply:

- Defense motions:    March 2, 2026
- Government response:    April 13, 2026
- Defense reply:    May 4, 2026
- Hearing on motions:    At the Court's convenience

    We do not anticipate this extension to impact the remainder of the pretrial schedule or the October 6, 2026 trial date. We appreciate the Court's consideration.

    Respectfully submitted,

    */s/ Justine A. Harris*
Justine A. Harris
Anna Estevao
Harris Trzaskoma LLP
125 Broad Street, 10th Fl.
New York, NY 10004
(917) 685-5622
jharris@harristrz.com

Hon. John G. Koeltl
January 30, 2026
Page 2

/s/ Noell Tin
Noell Tin
Emily Gladden
Tin Fulton Walker & Owen, PLLC
301 East Park Avenue
Charlotte, NC 28203
(704) 338-1220
ntin@tinfulton.com

*Attorneys for Michael Smith*

cc:   Kevin Mead, Assistant United States Attorney (by ECF)
      Nicholas Chiuchiolo, Assistant United States Attorney (by ECF)