UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,                    24-cr-504 (JGK)

                                             ORDER

         - against -

MICHAEL SMITH,

              Defendant.


JOHN G. KOELTL, District Judge:

    The conference scheduled for March 19, 2026, is **canceled.**


SO ORDERED.

Dated:    New York, New York
          March 18, 2026

                                    _____
                                         John G. Koeltl
                                    United States District Judge