UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

        -against-

MICHAEL SMITH,
                    Defendant.
-------------------------------------------------------------X

24 cr 504 (JGK)

       The Clerk is directed to vacate Document 41.  The conference scheduled for Thursday, March 19, 2026, at 11:00am, shall proceed as scheduled.

**SO ORDERED.**

                                      **JOHN G. KOELTL**
                      **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       March 18, 2026.