
**HARRIS
TRZASKOMA**

April 9, 2026

**BY ECF**

The Honorable John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

> **APPLICATION GRANTED**
> **SO ORDERED**
>
> _[signature]_
>
> 4/21/26    John G. Koeltl, U.S.D.J.

  **Re:**   *United States v. Michael Smith,* **24 Crim. 504 (JGK)**

Dear Judge Koeltl:

  We write on behalf of our client, Michael Smith, to respectfully request a modification of the conditions of his pretrial release to permit him to travel to Florida and the states between Florida and his home in North Carolina, (*i.e.*, South Carolina and Georgia), to allow Mr. Smith to assist in caring for an elderly family member who resides there. Mr. Smith will provide Pretrial Services with an itinerary prior to such travel identifying the dates and locations of where he will be staying. The Government and Pretrial Services consent to this request.

  We appreciate the Court's consideration.

          Respectfully submitted,

          */s/ Justine A. Harris*
          Justine A. Harris
          Anna Estevao
          Harris Trzaskoma LLP
          125 Broad Street, 10th Fl.
          New York, NY 10004
          (917) 685-5622
          jharris@harristrz.com

          */s/ Noell Tin*
          Noell Tin
          Emily Gladden
          Tin Fulton Walker & Owen, PLLC
          301 East Park Avenue
          Charlotte, NC 28203
          (704) 338-1220
          ntin@tinfulton.com

          *Attorneys for Michael Smith*

Case 1:24-cr-00504-JGK    Document 49    Filed 04/21/26    Page 2 of 2

Hon. John G. Koeltl
April 9, 2026
Page 2

cc:    Kevin Mead, Assistant United States Attorney (by ECF)
       Nicholas Chiuchiolo, Assistant United States Attorney (by ECF)