# TIN FULTON WALKER & OWEN

May 28, 2026

The Honorable John G. Koetl
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: United States v. Smith, 24-cr-504 (JGK)**

Dear Judge Koetl:

We write on behalf of our client, Michael Smith, to respectfully request a 30-day extension of the deadline for presentence objections and an adjournment of the sentencing currently scheduled for July 29, 2026. The government consents to this request, and probation takes no position.

Given the substantial factual record and the issues presented by this first-of-its-kind streaming fraud prosecution, the parties anticipate significant sentencing submissions, including with respect to the factors under 18 U.S.C. § 3553(a) and whether the § 2B1.1 guidelines fairly address Mr. Smith's culpability. Additional time would allow those issues to be fully developed and presented to the Court in the most efficient manner possible.

If granted, the deadline for presentence objections would be June 28, 2026. The parties further respectfully request that sentencing be scheduled for a date convenient to the Court after October 19, 2026, in light of a trial conflict Mr. Chiuchiolo anticipates during the first half of October. Finally, probation advises that an adjournment will necessitate extending the PSR deadline as well. We consent to the disclosure of the PSR two months prior to sentencing.

*[Handwritten annotation:]* DEFENSE SUBMISSIONS: SEPTEMBER 22, 2026
GOVERNMENT SUBMISSIONS: SEPTEMBER 28, 2026
SENTENCING ADJOURNED TO TUESDAY, OCTOBER 6, 2026, AT 3:00PM.
SO ORDERED. 6/9/26

Noell P. Tin
° Shirley L. Fulton
* Nancy E. Walker
C. Melissa Owen
Vernetta Alston
Zachary Ezor
Emily D. Gladden
Gagan Gupta
S. Luke Largess
Daniel A. Lewis
Lauren O. Newton
Matthew G. Pruden
Abraham Rubert-Schewel
Courtney H. Smith
Jennifer D. Spyker
Margaret Teich

* Of Counsel
° Deceased

301 E. PARK AVENUE
CHARLOTTE, NC 28203

704-338-1220

www.tinfulton.com

Respectfully submitted,


/s/ Noell Tin
Noell Tin
Emily Gladden
Tin Fulton Walker & Owen, PLLC
301 East Park Avenue
Charlotte, NC 28203
(704) 338-1220
ntin@tinfulton.com


/s/ Justine A. Harris
Justine A. Harris
Anna Estevao
Harris Trzaskoma LLP
125 Broad Street, 10th Fl.
New York, NY 10004
(917) 685-5622
jharris@harristrz.com