HARRIS
TRZASKOMA

September 22, 2026

**BY ECF**

The Honorable John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re: *United States v. Michael Smith,* 24 Crim. 504 (JGK)**

Dear Judge Koeltl:

Pursuant to the Southern District of New York's Electronic Case Filing Rule 6.3 (*cf. also* Your Honor's Individual Rules I(E) and VII(A)), we respectfully move to file the following documents under seal:

(1) An unredacted version of the Sentencing Memorandum of Michael Smith, the publicly filed version of which redacts sensitive private health information of non-parties, including diagnoses and treatment information; and

(2) An unredacted version of Exhibit A (Letters of Support), the publicly filed version of which redacts (in addition to the information required to be redacted pursuant to Federal Rule of Criminal Procedure 49.1) (1) sensitive private health information of non-parties, including diagnoses and treatment information, (2) contact information of non-parties, and (3) information regarding non-parties that otherwise raises serious privacy concerns.

All proposed redactions are highlighted in the attached filings. We appreciate the Court's consideration.

Respectfully submitted,

*/s/ Justine A. Harris*

Justine A. Harris

cc: Kevin Mead, Assistant U.S. Attorney (by ECF)
Nicholas Chiuchiolo, Assistant U.S. Attorney (by ECF)