HARRIS TRZASKOMA

October 6, 2026

**BY ECF**

The Honorable John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re: *United States v. Michael Smith,* 24 Crim. 504 (JGK)**

Dear Judge Koeltl:

We write on behalf of Michael Smith to bring to the Court's attention an article in the Journal of the Copyright Society which we may reference at this afternoon's sentencing. The article, which is attached as Exhibit A,[1] is a transcription of a panel discussion which took place at the Copyright Society's 2025 Copyright + Technology Conference on September 8, 2025. The panel—titled "This Masquerade: Streaming Fraud and Copyright"—featured as a participant the former Assistant U.S. Attorney who led this prosecution, and includes discussion not only of streaming manipulation generally, but also substantial discussion of this case specifically. The former Assistant U.S. Attorney's remarks have been highlighted for Court's convenience.

We apologize for bringing the article to the Court's attention belatedly—we only learned of its existence very recently. Given its length and the possibility that we may reference the article at sentencing, we believed it would be helpful to bring it to the attention of the government and the Court in advance.

We respectfully submit that the article reinforces our arguments in favor of a non-custodial sentence here, and we reiterate our request for a sentence of probation.

Respectfully submitted,

*/s/ Justine A. Harris*

Justine A. Harris
Anna Estevao
HARRIS TRZASKOMA LLP
125 Broad Street, 10th Floor
New York, NY 10004
Telephone: (212) 970-6465
Email: jharris@harristrz.com

[1] The article is available in the Journal of the Copyright Society. *See* Aruni Soni, Patra Sinner, Jon Glass & Katherine Reilly, *This Masquerade: Streaming Fraud and Copyright*, 72 J. Copyright Soc'y 1005 (2025).

*/s/ Noell P. Tin*

Noell P. Tin (admitted *pro hac vice*)
Emily D. Gladden (admitted *pro hac vice*)
TIN FULTON WALKER & OWEN, PLLC
301 E. Park Avenue
Charlotte, NC 28203
Telephone: (704) 338-1220
Email: ntin@tinfulton.com

*Attorneys for Michael Smith*

cc: Kevin Mead, Assistant U.S. Attorney (by ECF)
Nicholas Chiuchiolo, Assistant U.S. Attorney (by ECF)