UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

-against-

S1 24 cr 504 (JGK)

MICHAEL SMITH,

Defendant.
-----------------------------------------------------------X

The parties should advise the Court by Friday, October 9, 2027, whether the consent order of forfeiture dated March 19, 2026 is sufficient without further order of the Court.

**SO ORDERED.**

JOHN G. KOELTL
UNITED STATES DISTRICT JUDGE

Dated: New York, New York
October 8, 2026.